## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v.    **Exar Adrian Lindo-Ayala** | * | CR. NO. **M-21-1970** |
| DEFENDANT | * | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT & ENTRY OF PLEA OF NOT GUILTY

The defendant, **Exar Adrian Lindo-Ayala**, in the above referenced case, along with his undersigned attorney, hereby acknowledges the following:

(1) The defendant has received a copy of the indictment in this case. The defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his constitutional rights, after being advised of all the above by his attorney.

(2) The defendant understands he has the right to appear personally with his attorney before a judge for arraignment in open court on this accusation. The defendant further understands that, absent the present waiver, he will be so arraigned in open court.

The defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the criminal indictment, and, by this instrument tenders his plea of "not guilty." The defendant understands that once the Court accepts and enters said plea for the defendant, that will conclude the arraignment in this case for all purposes.

*Renuncia a comparecencia personal en la lectura formal de cargos y presentación de declaración de No Culpable*

**Exar Adrian Lindo-Ayala**

_____, *el acusado en el caso arriba enumerado, junto con el suscrito abogado, por medio de la presente reconoce lo siguiente:*

1. *El acusado ha recibido copia de la acusación formal de su caso, y después de haber sido asesorado por su abogado, el acusado entiende la naturaleza de los cargos contenidos en la misma, las penas máximas aplicables, y sus derechos constitucionales.*

2. *El acusado entiende que tiene derecho a comparecer en persona acompañado por su abogado para la lectura formal de los cargos presentados en esta acusación, en audiencia pública ante un juez. Además, el acusado entiende qué en caso de no firmar la presente renuncia a comparecer en persona, tendrá que comparecer a la lectura de cargos en audiencia pública ante el juez.*

*Después de haber consultado con su abogado todo lo anterior, el acusado por medio de la presente renuncia a comparecer en persona acompañado de su abogado para la lectura formal de los cargos de este caso, y por medio de este instrumento ofrece su declaración de "no culpable".*

*El acusado entiende qué una vez que el Tribunal acepte y quede asentada en actas dicha declaración, el procedimiento de lectura formal de cargos quedará concluido para propósitos legales.*

| | | |
|---|---|---|
| **10-25 -21** | _[signature]_ | _[signature]_ /fo/ |
| Date/Fecha | Signature/Firma del Acusado | Attorney for Defendant |
| | | Attorney: **Jose A. Martinez** |

### ORDER

APPROVED, by the Court. A plea of "Not Guilty" is entered for the defendant on _____.

_____
UNITED STATES MAGISTRATE JUDGE
McAllen, Texas